Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDELENE SANON | ) | Case No: 4:20-cv-02445-HSG |
|---|---|---|
| Plaintiff(s), | ) | |
| v. | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3) |
| AT&T Umbrella Benefit Plan No. 3, | ) | |
| Defendant(s). | ) | |

I, Alison Lungstrum Macneill, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AT&T Umbrella Benefit Plan No. 3 in the above-entitled action. My local co-counsel in this case is Laurie E. Sherwood, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Campbell Litigation, P.C. 1571 Race St., Denver, CO 80206 | WFBM, LLP, 601 Montgomery Street, 9th Flr. San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 536-1833 | (415) 781-7072 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| alison@campbell-litigation.com | lsherwood@wfbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 51689.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/15/20

Alison Lungstrum Macneill
APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Alison Lungstrum Macneill is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/23/2020

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Alison Lungstrum Macneill**

has been duly licensed and admitted to practice as an

# Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **19th** day of **December** A. D. **2017** and that at the date hereof the said **Alison Lungstrum Macneill**

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **February** A. D. **2020**

**Cheryl Stevens**
Clerk

By *[signature]*
Deputy Clerk